William R. BEAVER, Respondent,

v.

Stacey M. BEAVER n/k/a Stacey
M. Carty, Appellant.

No. ED 96847.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 9, 2012.

Daniel Eugene Leslie, Leslie, Spieler &
Fulford, LLC, Union, MO, for Appellant.

Susan Fox Jacobsen, Bauer, Sollule,
Garnholtz, Albin, St. Louis, MO, for Re-
spondent.

Before ROBERT G. DOWD, JR., P.J.,
MARY K. HOFF, J., and SHERRI B.
SULLIVAN, J.

### ORDER

PER CURIAM.

Stacey M. Beaver n/k/a Stacey M. Carty
appeals from the Judgment of Modification
with regard to child custody, visitation,
and child support. We affirm.

We have reviewed the briefs of the par-
ties, the legal file, and the record on ap-
peal, and find the claims of error to be
without merit. An extended opinion would
have no precedential value or serve any
jurisprudential purpose. The parties have
been furnished with a memorandum for
their information only, setting forth the

1. Unless otherwise indicated, all further refer-

reasons for this order pursuant to Rule
84.16(b).